**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1748**

JAMES BEGGS; JOYCE BEGGS,

　　　　　　Plaintiffs - Appellants,

　　　v.

GEICO INSURANCE AGENCY; CUNNINGHAM LINDSEY U.S. INC.,

　　　　　　Defendants - Appellees,

　　and

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, d/b/a
Assurant, et al.,

　　　　　　Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at
Newport News.  Arenda L. Wright Allen, District Judge.  (4:17-cv-00110-AWA-DEM)

Submitted:  June 29, 2022　　　　　　　　　　　　　Decided:  June 28, 2023

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Beggs, Joyce Beggs, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James and Joyce Beggs ("Appellants") appeal the district court's order denying their postjudgment motion for reconsideration. Limiting our review to the issues raised in Appellants' informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), we have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Beggs v. Am. Banker Ins. Co.*, No. 4:17-cv-00110-AWA-DEM (E.D. Va. June 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
